Robert M. Scholnick, CSB No. 64568
E-mail: RScholnick@sti.net
17422 Chatsworth St.
Granada Hills, Ca. 91344-5717
Telephone: (818) 368-9002
Facsimile: (818) 368-0543

Attorneys for Plaintiff

FILED

10 AUG 11 AM 11: 33

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES

BY: _____

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOREB, INC. dba GUN WORLD ) | Case No.: **CV10 5978 GAF (MANx)** |
| ) | |
| Plaintiff, ) | **PETITIONER'S Request FOR** |
| ) | **PRELIMINARY INJUNCTION** |
| vs. ) | |
| ) | |
| EARL T. KLECKLEY, Director of Industry ) | |
| Operations, Bureau of Alcohol, Tobacco, ) | |
| Firearms and Explosives, ) | |
| ) | |
| Defendant. ) | |

Comes now Petitioner, Joreb, Inc. dba Gun World, under Federal Rule of Civil Procedure 65(a), and respectfully moves this Court for its Order preliminarily enjoining Respondent and the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") from enforcing its prior administrative revocation of Petitioner's Federal firearms license as a dealer in firearms other than destructive devices and permitting Petitioner to continue its business under the original terms of its firearms license during pendency of this suit seeking judicial review of Respondent's actions.

**PETITIONER'S Request FOR PRELIMINARY INJUNCTION - 1**

Petitioner has and almost certainly will continue to suffer great irreversible injury and harm prior to the resolution of this controversy by the Court absent such injunctive relief. Additionally, the balance of hardships consequent upon in the grant of such preliminary injunctive relief sharply favors Petitioner; conversely, such preliminary injunctive relief will work little or no harm to the interests of Respondent and the ATF. Thirdly, the present controversy presents serious questions concerning the substantive and procedural merits of Respondent's revocation of Petitioner's federal firearms license. Fourthly, Petitioner can demonstrate a reasonable likelihood of success on the merits.

Petitioner requests that the Court further determine that no security is required for the injunctive relief sought herein given that, as a practical and legal matter, Respondent and the ATF are unlikely to suffer any monetary damages as a result of the injunctive relief sought herein.

This Motion is based upon Petitioner's Memorandum of Points and Authorities and the Affidavit of Petitioner's President, Paul Cole, both of which are filed contemporaneously herewith, and upon such additional testimony and evidence as Petitioner shall offer at the hearing of this Motion.

DATED:  August 4, 2010                          GRIMM & SCHOLNICK

                                                by: _____
                                                ROBERT M. SCHOLNICK
                                                Attorneys for Petitioner

**PETITIONER'S MOTION FOR PRELIMINARY INJUNCTION - 2**