NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Robert M. Scholnick   CSB No. 64568
17422 Chatsworth St.
Granada Hills, Ca 91344-5717
818-368-9002
818-368-0543 (f)
ATTORNEYS FOR: Plaintiff

**FILED**

10 AUG 11  AM 11: 29

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Joreb, Inc. dba Gun World

Plaintiff(s),

v.

Earl T. Kleckley Director of
Industry Operations, Bureau of Alcohol
Tobacco and Explosives

Defendant(s).

CASE NUMBER:

**CV10  5978  GAF (MANx)**

### CERTIFICATION AND NOTICE
### OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for _Joreb, Inc. dba Gun World_
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary
interest in the outcome of this case. These representations are made to enable the Court to evaluate possible
disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Joreb, Inc. dba Gun World | Plaintiff. This is the corporation whose license is being revoked by the ATF. |
| Paul Cole | President of Joreb, Inc dba Gun World |
| Earl T. Kleckley | Director of Industry Operations, Bureau of Alcohol, Tobacco, firearms and Explosi (ATF). The ATF is the agency revokin the license. |

8/11/10
Date

Sign

Robert M. Scholnick, attorney for Plaintiff
Attorney of record for or party appearing in pro per

CV-30 (04/10)                    NOTICE OF INTERESTED PARTIES