Robert M. Scholnick, CSB No. 64568
E-mail:   RScholnick@sti.net
17422 Chatsworth St.
Granada Hills, Ca. 91344-5717
Telephone: (818) 368-9002
Facsimile: (818) 368-0543

Attorneys for Plaintiff

FILED

10 AUG 11 AM 11: 29

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOREB, INC. dba GUN WORLD<br><br>Plaintiff,<br><br>vs.<br><br>EARL T. KLECKLEY, Director of Industry Operations, Bureau of Alcohol, Tobacco, Firearms and Explosives,<br><br>Defendant. | Case No.: **CV10 5978 GAF (MANx)**<br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** |

Joreb, Inc. pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby makes its disclosure statement as follows. As of July 12, 2010, Joreb, Inc. is a privately-held corporation, with no parent corporation or any corporate entity with ownership of 10% or more of its corporate stock.

DATED:   August 4, 2010                    GRIMM & SCHOLNICK

                                    by:   _____
                                           ROBERT M. SCHOLNICK
                                           Attorneys for Petitioner

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 - 1**