Robert M. Scholnick, CSB No. 64568
E-mail: RScholnick@sti.net
17422 Chatsworth St.
Granada Hills, Ca. 91344-5717
Telephone: (818) 368-9002
Facsimile: (818) 368-0543

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOREB, INC. dba GUN WORLD<br><br>Plaintiff(s),<br><br>v.<br><br>EARL T. KLECKLEY, Director of Industry Operations, Bureau of Alcohol, Tobacco, Firearms and Explosives,<br><br>Defendant(s). | CASE NUMBER<br><br>CV10 5978 GAF (MANx)<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: *(Check one)*

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from *(check one)* ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____ .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

8/17/10                                    ROBERT M. SCHOLNICK
_____                            _____
Date                                       *Signature of Attorney/Party*

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

# CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2010, I served a copy of the **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing as follows:

Mary.H.Suettinger@usdoj.gov (Attorney for Earl T. Kleckley)

Additionally, a copy of the foregoing **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** was served on the following in the manner indicated below and addressed to

Earl J. Holder, Jr.
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530-0001

[X] Via U.S. Mail
[ ] Via Hand-Delivery
[ ] Via Overnight Delivery
[ ] Via Facsimile

Andre Birotte, Jr.
U.S. Attorney
1200 U.S. Courthouse
312 N. Spring St.
Los Angeles, Ca. 90012

[X] Via U.S. Mail
[ ] Via Hand-Delivery
[ ] Via Overnight Delivery
[ ] Via Facsimile

Earl T. Kleckley
Director of Industry Operations
Bureau of Alcohol, Tobacco, Firearms & Explosives
550 N. Brand Ave. 8th Floor
Glendale, Ca. 91203

[X] Via U.S. Mail
[ ] Via Hand-Delivery
[ ] Via Overnight Delivery
[ ] Via Facsimile

_____
Patricia Hoapili

**CERTIFICATE OF SERVICE – NOTICE OF DISMISSAL**